WAGONER, APPELLANT, v. GERBL, APPELLEE.

[Cite as *Wagoner v. Gerbl,* 98 Ohio St.3d 290, 2003-Ohio-739.]

(No. 2002–1661—Submitted January 7, 2003—Decided March 5, 2003.)

{¶ 1}  The discretionary appeal is allowed.

{¶ 2}  The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Kimble v. Kimble,* 97 Ohio St.3d 424, 2002-Ohio-6667, 780 N.E.2d 273.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents and would affirm the judgment of the court of appeals.

Mary Lou Kusel, for appellant.